**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-13-369 |
| | § | |
| VALENTIN SIFUENTES-GARCIA, | § | |
| | § | |
| Defendant. | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing,

(Docket Entry No. 44). The  motion for continuance is GRANTED.  The sentencing hearing

is reset to **March 5, 2014 at 9:00 a.m.**

SIGNED on January 21, 2014, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge