## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-13-369 |
| | § | |
| VALENTIN SIFUENTES-GARCIA, | § | |
| | § | |
| Defendant. | § | |

## O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing,

(Docket Entry No. 48). The  motion for continuance is GRANTED.  The sentencing hearing

is reset to **June 5, 2014 at 9:00 a.m.**

SIGNED on April 2, 2014, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge