IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-13-369 |
| | § | |
| VALENTIN SIFUENTES-GARCIA, | § | |
| | § | |
| Defendant. | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 58). The motion for continuance is GRANTED. The sentencing hearing is reset to **July 29, 2014 at 9:30 a.m.**

SIGNED on June 25, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge